# *Time Charter*

### GOVERNMENT FORM

*Approved by the New York Produce Exchange*

November 6th, 1913-Amended October 20th, 1921; August 6th, 1931; October 3rd, 1946

1    *This Charter Party,* made and concluded in __*LONDON*__................... __11TH__ day of __*JANUARY*__.........2013
Between.......... __OCEANPRECIUS SHIPPING LTD__

2    Owners of the good *CYPRUS FLAG .*(Steamship/Motorship) __*M.V. OCEAN CROWN*__ ............of *BUILT 2005*

3    of ...tons gross register, and,...tons net register, having engines of............................indicated horse power

4    and with hull, machinery and equipment in a thoroughly efficient state and classed ...........................

5    at ...of about..........................feet-bale capacity , and about .....................tons of 2240 lbs.

6    deadweight capacity (cargo and bunkers, including fresh water and stores not exceeding ........... metric tons excluding fresh water one and one-half percent of ship's deadweight capacity,

7    allowing a minimum of fifty tons) on a draft of ........feet...........inches on .......... Summer freeboard, inclusive of permanent bunkers,

8    which are of the capacity of about..... *SEE CLAUSE 44* ...............tons of fuel, and capable of steaming, , fully laden, under good weather

9    conditions **(SEE CLAUSE 44)** about ....knots on a consumption of about...tons of best Welsh coal  best grade fuel oil  best grade Diesel oil,

10    now...*trading*

11    .................and......*PHAETHON INTERNATIONAL CO S.A.*....................Charterers of the City of *PANAMA*

12    **Witnesseth,** That the said Owners agree to let, and the said Charterers agree to hire the said vessel, from the time of delivery, for
about *1 tct via sps sbs sas aa awiwl VIA NOPAC TO FULL INDIA AND BANGLADESH.*

13    *DURATION ABT 65/70 DAYS WOG. Cargo intention grains.*

14    ............................................................... Within below mentioned trading limits.

15    Charterers to have liberty to sublet the vessel for all or any part of the time covered by this Charter, but Charterers remaining responsible for

16    the fulfillment of this Charter Party. Acceptance of delivery by charterers shall not constitute any waiver of owners obligations hereunder

17    Vessel to be placed at the disposal of the Charterers, at *AT DLOSP ISHINOMAKI. ANY TIME DAY AND NIGHT SUNDAY AND HOLIDAY INCLUDED,*

18    in such dock or at such wharf or place (where she may safely lie, always afloat, at all times of tide, except as otherwise provided in Clause No.6 ), as

19    the Charterers may direct. If such dock, wharf or place be not available time to count as provided for in Clause No.5. Vessel on her delivery to be

20    ready to receive **any permissible cargo to charterers'/independent surveyor's satisfaction. Should the vessel fail to pass such survey then the vessel to be off hire from time of failure until vessel is fully accepted (see also clause 73). On delivery and any direct expenses will be on owners account. Through the charter the vessel to be** with clean  swept holds and tight, staunch, strong and in every way fitted for the service, having water ballast, winches and

21    donkey boiler with sufficient steam power, or if not equipped with donkey boiler, then other power sufficient to run all the winches at one and the same

22    time (and with full complement of officers, seamen, engineers and firemen for a vessel of her tonnage), to be employed, in carrying lawful merchan-

23    dise, including petroleum or its products, in proper containers, excluding ....... *SEE ALSO CLAUSE 37*

24    (vessel is not to be employed in the carriage of Live Stock, but Charterers are to have the privilege of shipping a small number on deck at their risk.

25    all necessary fittings and other requirements to be for account of Charterers), in such lawful trades, between safe port and/or ports in British North

26    America, and/or United States of America, and/or West Indies, and/or Central America, and/or Caribbean Sea, and/or Gulf of Mexico, and/or

27    Mexico, and/or South America *See also Clause No. 66*....................................... and/or Europe

28    and/or Africa, and/or Asia, and/or Australia, and/or Tasmania, and/or New Zealand, but excluding Magdalena River, River, St. Lawrence between

29    October 31st and May 15th, Hudson Bay and all unsafe ports:  also excluding, when out of season, White Sea, Black Sea and the Baltic,

30    ..........................................................................

......*33*

**EXHIBIT**

*A*

34 .................................................................................................................................................

35 as the Charterers or their Agents shall direct, on the following conditions:

36     1. That the Owners shall provide and pay for all provisions, wages and consular shipping and discharging fees of the crew; shall pay for the

37 insurance of the vessel, also for all the cabin, deck, engine-room and other necessary stores, including boiler water and maintain her class and keep

38 the vessel in a thoroughly efficient state in hull , machinery and equipment for and during the service.

39     2. That the Charterers shall provide and pay for all the fuel except as otherwise agreed, Port Charges, Pilotages, Agencies, Commissions,

40 Consular Charges (except those pertaining to the Crew), and all other usual expenses except those before stated, but when the vessel puts into

41 a port for causes for which vessel is responsible, then all such charges incurred shall be paid by the Owners. Fumigations ordered because of

42 illness of the crew to be for Owners account. Fumigations ordered because of cargoes carried or ports visited while vessel is employed under this

43 charter to be for Charterers account. All other fumigations to be for Charterers account after vessel has been on charter for a continuous period

44 of six months or more.

45     Charterers are to provide necessary dunnage and shifting boards, also any extra fittings requisite for a special trade or unusual cargo, but

46 Owners to allow them the use of any dunnage and shifting boards already aboard vessel. Charterers to have the privilege of using shifting boards

47 for dunnage, they making good any damage thereto.

48     ~~3. That the Charterers, at the port of delivery, and the Owners, at the port of re-delivery, shall take over and pay for all fuel remaining on~~

49 ~~board the vessel at the current prices in the respective ports, the vessel to be delivered with not less than~~ .................... tons ~~and not more than~~

50 ~~.......... tons and to be re-delivered with not less than...... tons and not more than...... tons.~~

51 4. That the Charterers shall pay for the use and hire of the said Vessel at the rate of *USD 7100 DAILY INCLUDING OVERTIME PAYABLE EVERY 15 DAYS IN ADVANCE TO OWNERS NOMINATED BANK ACCOUNT* ............ ~~United States Currency per ton on vessel's total deadweight carrying capacity, including bunkers and~~

53 ~~stores, on~~ ................... ~~summer freeboard, per Calendar Month~~, commencing on and from the *time* day of her delivery, as aforesaid, and at

54 and after the same rate for any part of a ~~month~~ *day*; hire to continue until the hour of the day of her re-delivery in like good order and condition, ordinary

55 wear and tear except, to the Owners (unless lost) ~~at~~ *DROPPING LAST OUTWARD SEA PILOT ONE SAFE PORT FULL INDIA AT ANY TIME DAY OR NIGHT SUNDAYS & HOLIDAYS INCLUDED* Unless otherwise mutually agreed, C harterers are to give owners not less than *20/15/10/7 APPROXIMATE AND 5/2/1 DAYS DEFINITE* ~~days~~

56 ....... notice of vessel's expected date of re-delivery, and probable port.

57     5. Payment of said hire is to be made in ~~New York~~ in cash in United States Currency, *15 days* ~~semi-monthly~~ in advance, and for the last *15 days* ~~half-month~~ or

58 part of same the approximate amount of hire, and should same not cover the actual time, hire is to be paid for the balance day by day, as it becomes

59 due, if so required by Owners, unless bank guarantee or deposit is made by the Charterers, otherwise failing the punctual and regular payment of the

60 hire, or bank guarantee, or on any breach of this Charter Party, the Owners shall be at liberty to withdraw the vessel from the service of the Char-

61 terers, without prejudice to any claim they (the Owners) may otherwise have on the Charterers. ~~Time to count from 7 a.m. on the working day~~

62 ~~following that on which written notice of readiness has been given to Charterers or their Agents before 4 p.m ., but if required by Charterers, they~~

63 ~~to have the privilege of using vessel at once, such time used to count as hire.~~

64     Cash for vessel's ordinary disbursements at any port may be advanced as required by the Captain, by the Charterers or their Agents, subject

65 to 2½% commission and such advances shall be deducted from the hire.  The Charterers, however, shall in no way be responsible for the application

66 of such advances .

67     6. That the cargo or cargoes be laden and/or discharged in any *safe* dock or at any *safe* wharf or *safe* place *within safe ports* that Charterers or their Agents may

68 direct, provided the vessel can safely lie always afloat at any time of tide, ~~except at such places where it is customary for~~
69 ~~similar size vessels to safely lie aground.~~
70     7. That the whole reach of the Vessel's Hold, Decks, and usual places of loading (not more than she can reasonably stow and carry), also
71 accommodations for Supercargo, if carried, shall be at the Charterers' disposal, reserving only proper and sufficient space for Ship's officers, crew,
72 tackle, apparel, furniture, provisions, stores and fuel. ~~Charterers have the privilege of passengers as far as accommodations allow, Charterers~~
73 ~~paying Owners_____ per day per passenger for accommodations and meals. However, it is agreed that in case any fines or extra expenses are~~
74 ~~incurred in the consequence of the carriage of passengers, Charterers are to bear such risk and expense.~~ **No passenger allowed**
75     8. That the captain shall prosecute his voyages with the ~~utmost~~ despatch, and shall render all customary assistance with ship's crew and
76 boats. The Captain (although appointed by the Owners), shall be under the orders and directions of the Charterers as regards employment and
77 agency; and Charterers are to load, stow,and trim, the cargo at their expense under the supervision of the Captain, who is to sign Bills of Lading for
78 cargo as presented, in conformity with Mate's ~~or Tally Clerk's~~ receipts, but charterers agree to remain responsible for all consequences should these not conform with Mate's receipt. Charterer's to indemnifying owners for all consequences arising out of such signing of Bills of Lading.
79     9. That if the Charterers shall have reason to be dissatisfied with the conduct of the Captain, Officers, or Engineers, the Owners shall on
80 receiving particulars of the complaint, investigate the same, and, if necessary, make a change in the appointments.
81     10. That the Charterers shall have permission to appoint a Supercargo, who shall accompany the vessel and see that voyages are prosecuted
82 with the utmost despatch. He is to be furnished with free accommodation, and same fare as provided for Captain's table, Charterers paying at the
83 rate of **USD 10/-** ~~$1.00~~ per day. Owners to victual Pilots and Customs Officers, and also, when authorized by Charterers or their Agents, to victual Tally
84 Clerks, Stevedore's Foreman, etc, Charterers ~~paying at the current rate per meal, for all such victualling~~ **to compensate owners USD 1,500 per month prorata for charterer's communications, victual and entertainment.**
85     11. That the Charterers shall furnish the Captain from time to time with all requisite instruction and sailing directions, in writing, and the
86 captain shall keep a full and correct Log of the voyage or voyages, which are to be patent to the Charterers or their Agents, and furnish the char-
87 terers, their Agents or Supercargo, when required, with a true copy of daily logs, showing the course of the vessel and distance run and the con-
88 sumption of fuel as well as revolutions of main engine and velocity of and direction of wind and sea, all in English language
89     12. That the Captain shall use diligence in caring for the cargo and ventilation of the cargo.
90     13. ~~That the Charterers shall have the option of continuing this charter for a further period of.........~~
91
92 ~~on giving written notice thereof to the Owners or their Agents.....days previous to the expiration of the first-named term, or any declared option.~~
93     14. That if required by Charterers, time not to commence before_____**12ᵀᴴ   JANUARY 2013 (0001 hrs)** and should vessel
94 not have given written notice of readiness on or before **15ᵗʰ JANUARY 2013 (2359 hrs)**_____ ~~but not later than 4 p.m.~~ Charterers or
95 their Agents to have the option of canceling this Charter at any time not later than the day of vessel's readiness. **Please also see Baltime Pre-cancellation clause.**
96     15. That in the event of the loss of time from deficiency ,and/or default  and/or strike of crew ~~of men~~ or deficiency of stores, fire, breakdown or damages to hull, machinery or equipment.
97 grounding, detention by average accidents to ship or cargo, dry docking for the purpose of examination or painting bottom, or by any other cause
98 preventing the full working of the vessel, the payment of hire shall cease for the time thereby lost and all direct related expenses may be deducted from the hire against supporting vouchers;; and if upon the voyage the speed be reduced by
99 defect in or breakdown of any part of her hull, machinery or equipment, the time so lost, and the cost of any extra fuel consumed in consequence
100 thereof, and all **direct** extra expenses

101    16. That should the Vessel be lost, money paid in advance and not earned (reckoning from the date of loss or being last heard of) shall be

102 returned to the Charterers at once. The act of God, enemies, fire, restraint of Princes, Rulers and People, and all dangers and accidents of the Seas,

103 Rivers, Machinery, Boilers and Steam Navigation, and errors of Navigation throughout this Charter Party, always mutually excepted.

104    The vessel shall have the liberty to sail with or without pilots, to tow and to be towed, to assist vessels in distress, and to deviate for the

105 purpose of saving life and property.

106    17. That should and dispute arise between Owners and the Charterers, the matter in dispute shall be referred to three Persons at *London* ~~New York~~,

107 one to be appointed by each of the parties hereto, and  the third by the two so chosen; their decision or that of any two of them , shall be final, and for

108 the purpose of enforcing any award, this agreement may be made a rule of the Court.  The Arbitrators shall be shipping commercial men conversant

109  with  shipping  matters. See further Arbitration Clause 30..

110    18. That the Owners shall have a lien upon all cargoes, ~~and~~ all sub-freights and sub-hire for any amounts due under this Charter, including

111 General Aver-age contributions, and the Charterers to have a lien on the ship for all monies paid in advance and not earned, and any overpaid hire

112 or excess deposit to be returned at once. Charterers will not suffer, nor permit to be continued, any lien or encumbrance incurred by them or their agents, which

113 might have priority over the title and interest of the owners in the vessel.

114    19. That all derelicts and salvage shall be for Owners' and Charterers' equal benefit after deducting Owners' and Charterers' expenses and

~~115~~ Crew's proportion.  General Average shall be adjusted, stated and settled , according to ~~Rules 1 to 15, inclusive, 17 to 22, inclusive, and Rule F of~~

116 York-Antwerp Rules 1974  *as amended 1994 or any amendment thereto*, ~~at such port or place in the United States as may be selected by the carrier, and as to matters not provided for by these~~

117 ~~Rules, according to the laws and usages at the port of New York.  In such adjustment disbursements in foreign currencies shall be exchanged into~~

118 ~~United States money at the rate prevailing on the dates made and allowances for damage to cargo claimed in foreign currency shall be converted at~~

119 ~~the rate prevailing on the last day of discharge at the port or place of final discharge of such damaged cargo from the ship. Average agreement or~~

120 ~~bond and such additional security, as may be required by the carrier, must be furnished before delivery of the goods.  Such cash deposit as the carrier~~

121 ~~or his agents may deem sufficient as additional security for the contribution of the goods and for any salvage and special charges thereon, shall, if~~

122 ~~required, be made by the goods, shippers, consignees or owners of the goods to the carrier before delivery.  Such deposit shall, at the option of the~~

123 ~~carrier, be payable in United States money and be remitted to the adjuster. When so remitted the deposit shall be held in a special account at the~~

124 ~~place of adjustment in the name of the adjuster pending settlement of the General Average and refunds or credit balances, if any, shall be paid in~~

*125* ~~United States money.~~ *Charter hire, bunkers not to contribute to general average*

126 In the event of accident, danger, damage, or disaster, before or after commencement of the voyage resulting from any cause whatsoever,

127 whether due to negligence or not, for ~~which, or for the consequence of which, the carrier is not responsible, by statute, contract, or otherwise, the~~

128 ~~goods, the shipper and the consignee, jointly and severally, shall contribute with the carrier in general average to the payment of any sacrifices,~~

129 ~~losses, or expenses of a general average nature that may be made or incurred, and shall pay salvage and special charges incurred in respect of the~~

130 ~~goods. If a salving ship is owned or operated by the carrier, salvage shall be paid for as fully and in the same manner as if such salving ship or~~

131 ~~ships belonged to strangers.~~

132 Provisions as to General Average in accordance with the above are to be included in all bills of lading issued hereunder.

133    20. Fuel used by the vessel while off hire, also for cooking, condensing water, or for grates and stoves to be agreed to as to quantity, and the

134 cost of replacing same, to be allowed by Owners.

135      21. ~~That as the vessel may be from time to time employed in tropical waters during the term of this Charter, Vessel is to be docked at a~~

136  ~~convenient place, bottom cleaned and painted whenever Charterers and Captain think necessary, at least once in every six months, reckoning from~~

137  ~~time of last painting, and payment of the hire to be suspended until she is again in proper state for the service.~~  *SEE CLAUSE 88*

138  ~~.~~

139

~~140~~      22. Owners shall maintain the gear of the ship as fitted, providing gear (for all *cranes* ~~derricks~~) capable of handling lifts up to *their maximum SWL in accordance with the description. See clause 44* ~~three tons also~~

141  ~~providing ropes, falls, slings and blocks.  If vessel is fitted with derricks capable of handling heavier lifts, Owners are to provide necessary gear for~~

142  ~~same, otherwise equipment and gear r heavier lifts shall be for Charterers' account.~~  Owners also to provide on the *vessel power and electric light as onboard on deck and in cargo holds sufficient for night work in all holds simultaneously* ~~lanterns and oil for~~

143  ~~night work, and vessel to give use of electric light when so fitted, but any additional lights over those on board to be at Charterers' expense. The~~

144  Charterers to have the use of any gear on board the vessel

145      23. Vessel to work night and day, if required by Charterers, and all *cranes* ~~winches~~ to be at Charterers' disposal during loading and discharging;

146  ~~steamer to provide one winchmen per hatch to work winches day and night, as required, Charters agreeing to pay officers, engineers, winchmen,~~

147  ~~deck hands and donkeymen for overtime work done in accordance with the working hours and rates stated in the ship's articles.  If the rules of the~~

148  ~~port, or labor unions, prevent crew from driving winches,~~ shore crane men ~~Winchmen~~ to be paid by Charterers.  In the event of a disabled crane or cranes, ~~winch or winches, or~~

149  insufficient power to operate *crane* winches, Owners to pay for shore engine, or engines, in lieu thereof, if required, and pay any loss of time *and extra expenses directly related, including standby expenses up to end of current shift,* occasioned

150  thereby, *except such a breakdown caused by charterers, their agent, servant and any person acting on behalf of charterers.*

~~151~~                                             ~~24. It is also mutually agreed that this Charter is subject to all the terms and provisions of and all the exemptions from liability contained~~

152  ~~in the Act of Congress of the United States approved on the 13th day of February, 1893, and entitled "An Act relating to Navigation of Vessels;~~

153  ~~etc.," in respect of all cargo shipped under this charter to or from United States of America.  It is further subject to the following clauses, both~~

154  ~~of which are to be included in all bills of lading issued hereunder:~~

155                                             U.S.A. Clause Paramount

156  This bill of lading shall have effect subject to the provisions of the Carriage of Goods by Sea Act of the United States, approved April

157  16,1936,which shall be deemed to be incorporated herein, and nothing herein contained shall be deemed a surrender by the carrier of

158  any of its rights or immunities or an increase of any of its responsibilities or liabilities under said Act.  ~~If any term of this bill of lading~~

159  ~~be repugnant to said Act to any extent, such term shall be void to that extent, but no further.~~

160                             Both-to-Blame Collision Clause

161  ~~If the ship comes into collision with another ship as a result of the negligence of the other ship and any act, neglect or default of the~~

162  ~~Master, mariner, pilot or the servants of the Carrier in the navigation or in the management of the ship, the owners of the goods carried~~

163  ~~hereunder will indemnify the Carrier against~~ all loss or liability to the other or non-carrying ship or her owners in so far as such loss

164  or liability represents loss of, or damage to, or any claim whatsoever of the owners of said goods, paid or payable by the other or non-

165  carrying ship or her owners to the owners of said goods and set off, recouped or recovered by the other or non-carrying ship or her

166  ~~owners as part of their claim against the carrying ship or carrier.~~

167      25. The vessel shall not be required to enter any ice-bound port, or any port where lights or light-ships have been or are about to be with-

168  drawn by reason of ice, or where there is risk that in the ordinary course of things the vessel will not be able on account of

ice to safely enter the

169   port or to get out after having completed loading or discharging.

170   26. Nothing herein stated is to be construed as a demise of the vessel to the Time Charterers. The owners to remain responsible for the

171   navigation of the vessel, insurance, crew, and all other matters, same as when trading for their own account.

*172*   27. A commission of *1.25 per cent* is payable by the Vessel and Owners to *M&F CHARTERING S.A. LIBERIA*

173

174   on hire earned and paid under this Charter, and also upon any continuation or extension of this Charter.

175   28. An address commission of ...*3.75 pct* to the *Charterers* on the hire earned and paid under this Charter.

*Additional Clauses Nos. 29 to 98, inclusive as attached, are deemed to be fully incorporated in this charter party.*

**The Owners:**            **The Charterers:**

ADDITIONAL CLAUSES TO MV OCEAN CROWN / AMARANTE
CHARTER PARTY DATED 11TH JANUARY 2013

**Clause 29 : Additional Fittings - DELETED**

**Clause 30 : Arbitration**
GA/ ARBITRATION IN London WITH BIMCO STANDARD ARBITRATION CLAUSE AND
ENGLISH LAW TO APPLY.

The arbitration shall be conducted in accordance with the London Maritime Arbitration
Association (LMAA) terms current at the time when the arbitration proceedings are commenced.

It is hereby agreed that all claims below USD 50,000 excluding interest and costs, shall be settled
as per LMAA Small Claims Procedure current at the time when the arbitration proceedings are
commenced.

**Clause 31 : Arrest**
Should the vessel be arrested during the currency of this charter at the suit of any person
(including the charterers) having or purposing to have a claim against or any interest in the vessel,
hire under this Charter party shall not be payable in respect of any period whilst the vessel
remains under arrest or remain unemployed as a result of such arrest, and the owners shall
reimburse to the charterers any direct expenditure which they may incur under this charter in
respect of any period during which by virtue of the operation of the clause no hire is payable.

Should such arrest have resulted from causes where charterers or their agents is involved directly
or indirectly in operation of the vessel or other vessels under their control the vessel shall
continue to be on hire and any extra expenses including any consequential damages there from
are promptly compensated by the charterers.

**Clause 32 : Asian Gypsy Moth – Deleted**

**Clause 33 : Bill of Lading**
The Charterers or their agents are authorized to sign Bills of Lading on charterers' or owners
form on owners' and/or master's behalf always in conformity with Mate's Receipt, in which case
the charterers to indemnify owners against all consequences or liabilities arising from their so
signing of Bills of Lading on owners' behalf. The master has the right to reject
damage/unsound/wet cargo while it is being loaded. Owners agree to allow issue of " Clean
Onboard " Bills of Lading  for any minor mates receipt clause and charterers to issue a simple
Letter of Indemnity  in owners P and I wording for the same. Charterers to provide  cargo
analysis  report  from  the  independent  surveyors reflecting the specification/grade of Iron ore. ~~If
carriers Liner Bills of Lading to be issued then charterers to issue a simple Letter of Indemnity in
P and I club wordings indemnifying owners against any stevedoring charges for the same.~~

No freight prepaid, pre-dated or ante-dated Bills of Lading to be issued. No switch/2nd set of
Bills of Lading to be issued.

**Clause 34 : Bulldozers**
Charterers to have the option to use the bulldozers, always with rubber wheels, in vessel's holds,
provided not exceeding the tank top strength. If required the vessel to lift on board the bulldozers
by use of vessel's gear provided weight of the bulldozer is within the vessel's cranes' lifting
capacity.

**ADDITIONAL CLAUSES TO MV OCEAN CROWN / AMARANTE**
**CHARTER PARTY DATED 11TH JANUARY 2013**

## Clause 35 : Bunkers

Vessel to be delivered with about 730 mt hfo and aboutt 40 mt mdo and to be redelivered with about the same quantities as on delivery. About means 5% -/+.

CIS call for bunkering is allowed.

Vessel has no LS bunkers on board and charterers to arrange same at their time/cost and expense and Owners will not be held responsible for any delay and/or losses/damages or any other concequensal issues as a result of the above.

## Clause 36 : Cargo Claims/P & I Club

Owners guarantee warrant that the vessel is entered and shall remain entered in a Protection and Indemnity Association which is a member of the Group of International P and I Clubs, for the duration of this Charter Party. Entry shall include, but not limited to, ordinary cover for cargo claims.

In case of damage to and/or loss of cargo carried on the vessel in which owners and/or charterers' liability could be involved under the terms of this charter party, as the case may be, the owners and/or the charterers shall on request grant reasonable time extension for commencement of suit in each and every occurrence. Such extensions shall not prejudice the ultimate responsibility of both parities. Liability for cargo claims, as between charterers and owners, shall be apportioned as specified by the Interclub New York Produce Exchange Agreement effective from 1996 and its subsequent amendments.

Owner's P & I Club: NORTH OF ENGLAND

If required by charterers owners to authorize and instruct owners P & I Club as for as club rule permit to reply directly to charterers that the vessel is fully covered for P & I and that collection of premiums are up to date.

Cargo claims between the owners and charterers shall be settled in accordance with Inter-Club New York Produce Exchange Agreement of February, 1970 as amended in 1996 and any amendments thereafter.

## Clause 37 : Cargo Exclusions

Vessel will load grains only.

## Clause 38 : Certificates/Vaccinations

Owners are obliged to deliver and maintain through the currency of this charter party the vessel, her crew and anything pertaining hereto supplied with up-to-date and complete certificates (including oil pollution certificates), approvals, equipment and fittings, enabling the vessel and her crew to trade within the trading limits and to load, carry and discharge all cargoes permitted under this charter party.

Officers and crew to comply with vaccination and sanitary regulations in all ports of call and corresponding certificates to be available onboard, enabling the vessel to obtain radio free pratique.

**ADDITIONAL CLAUSES TO MV OCEAN CROWN / AMARANTE**
**CHARTER PARTY DATED 11TH JANUARY 2013**

If requested, owners to provide charterers with copies of any and all such certificates/approvals. Any time lost and all extra direct expenses resulting from owners' non-compliance with the above to be for owners' account and may be deducted from hire.

**Clause 39 : Crew Services (See Clause 78)**
With reference to Clause 8 of this charter party "customary assistance" shall include but not be limited to:

a) All opening and closing of hatches, when and where require.

b) Raising and lowering of derricks and rigging cranes, if fitted, and/or gangways in preparation for loading and discharging.
c) Deleted.

d) Shaping up vessel's holds/hatches and cranes, if fitted, as much as possible prior arrival at loading and/or discharging places so as to immediately commence loading and/or discharging operations.

The above services shall be considered as a minimum and shall in no way be construed as an alternative to or reduction in the standard of services from officers and crew required under this charter party. The above subject to port/local regulation/union permitting.

Any services provided to charterers including agent's attendance and any stores and/or bunkers purchased by charterers to be supplied by charterers name and credit only and master to mark any delivery slip/work sheet accordingly.

No event shall charterers procure and/or permit to be procure for the vessel any supplies/necessaries or services without previously obtaining statement signed by and authorized representative of the furnishers thereof acknowledging that such supplies/necessaries or services or being furnished on the credit of charterers and not on the credit of vessel or her owners and that the furnisher claims no maritime lien on the vessel therefore.

**Clause 40 :**
Polling: no polling allowed.

**Clause 41 :**

IF WCI RDLY, EWRIP/K+R/LOH/CWB ON CHARTERERS AT COST - AGAINST ORIGINAL VOUCHERS max USD 25000.

**Clause 42 : Delivery of Cargo against L.O.I.**

In case original bs/l not available at d/port owns to allow discharge/ delivery of the cargo against fax copy of LOI in owns standard wording signed by charterers only.

**Clause 43: Delivery/Re-delivery Time**

Delivery and redelivery time to be calculated basis Greenwich Mean Time.

ADDITIONAL CLAUSES TO MV OCEAN CROWN / AMARANTE
CHARTER PARTY DATED 11TH JANUARY 2013

**Clause 44: Vessel Description**

M/V OCEAN CROWN
EX NIKOLAS
DWT: 52347 M/T ON 12.0 M SUMMER S.W. DRAFT
FLAG: CYPRUS
BUILT: 2005 JAPAN/TSUNEISHI
LOA/BEAM/DEPTH: 190,0/32,26/17,0 M
CALL SIGN: C4TZ2
IMO NUMBER: 9317107
GRT/NRT: 30057/18207
CLASS: NKK
P&I CLUB: WEST OF ENGLAND
CRANES: 4X30
GRABS FITTED: 4 GRABS OF 12 M3 EACH
5H/5H
TELEX "C" : 421290910
PHONES: +870 783983838(Bridge) +870 773208244(Master's office)
E-mail address: <C4TZ2@globeemail.com>

SPEED AND CONSUMPTION:
-----------------------
ALL FIGURES STATED BELOW FOR SPEED AND CONSUMPTION ARE "ABOUT"
BASIS
OPTIMUM TRIM AND CLEAN UNDERWATER HULL, SUBJECT TO GOOD WEATHER
CONDITIONS UP TO AND INCLUDING BEAUFORT FORCE 4 AND DOUGLAS SEA
STATE 3 (WAVE
HEIGHT 1,25m) AND WITH NO ADVERSE CURRENTS AND NO NEGATIVE
INFLUENCE OF SWELL
(SWELL HEIGHT 2m WHICH TO BE CALCULATED SEPARATELY AND NOT
COMBINED WITH THE
SEA STATE) AND NO WARRANTY APPLIES TO CONDITIONS EXCEEDING BFF4
AND/OR DSS3 AS
STATED ABOVE.

FOR THE PURPOSES OF CALCULATING VESSEL'S PERFORMANCE UNDER THIS
CHARTER PARTY
IT IS AGREED THAT ALL DAYS WHERE THE WEATHER EXCEEDS BEAUFORT
FORCE 4 AND/OR
DOUGLAS SEA STATE 3 AS DESCRIBED ABOVE, ARE EXPRESSLY EXCLUDED FROM
CALCULATIONS.

LADEN   : ABT 13,5 KNOTS ON ABT 31,0 M/T IFO + ABT 0,5 M/T MDO
BALLAST  : ABT 14,0 KNOTS ON ABT 31,0 M/T IFO + ABT 0,5 M/T MDO

IN PORT IDLE: ABT 2,2 M/T IFO + ABT 1,5 M/T MDO
GEAR WORKING: ABT 5,0 M/T IFO + ABT 1,5 M/T MDO

THERE MAY BE SOME QUANTITY OF MDO REQUIRED FOR BOILER PREHEATING
AND THE
INCINERATOR.

**ADDITIONAL CLAUSES TO MV OCEAN CROWN / AMARANTE**
**CHARTER PARTY DATED 11TH JANUARY 2013**

THE VESSEL CONSUMES MDO FOR CHANGING BALLAST WATER AT SEA,
BALLASTING,
DEBALLASTING, CLEANING VESSEL'S HOLDS, WHEN NAVIGATING IN FOG,
NAVIGATING IN CONFINED WATERS, ESTUARIES, RIVERS, CHANNELS, IN/OUT
PORTS, SHIFTING BERTH, ANCHORING, WHEN BURNING SLUDGE IN THE
INCINERATOR, MAIN ENGINE START/STOP AND WARMING UP OF THE SYSTEM,
BOILER FIRE
IGNITION ETC.

CHARTERERS HAVE THE RIGHT TO USE MECHANICAL GRABS ATTACHED TO
SHIP'S
CRANES BUT TOTAL WEIGHT OF THE GRABS, GEAR AND ACCESSORIES AND THE
CARGO LIFTED
WILL NOT EXCEED THE 80 PER CENT OF CRANES S.W.L. I.E. 23,7 M/T AS PER
MAKERS
INSTRUCTIONS.

CHARTERERS TO HAVE THE FREE USE OF SHIP'S GRABS HOWEVER OWNERS WILL
NOT BE HELD
RESPONSIBLE FOR THE GOOD OPERATION, MAINTENANCE AND/OR
MALFUNCTION OF THESE GRABS. IN CASE OF MALFUNCTIONING OF SHIP'S GRABS
CHARTERERS MAY HIRE SHORE GRABS AT THEIR TIME AND EXPENSE WITHOUT
ANY
RESPONSIBILITY TO THE OWNERS.

BUNKERS SPECIFICATIONS:
------------------------
IFO: RMG380, RMG35 SPECIFICATIONS COMPLYING TO INTERNATIONAL
STANDARDS WITH ISO
8217:2005 AND ANY SUBSEQUENT MODIFICATION OR REPLACEMENT THEREOF,
CATFINES DO
NOT EXCEED THE 30 PER CENT.
MDO: DMB SPECIFICATIONS COMPLYING TO INTERNATIONAL STANDARDS WITH
ISO
8217:2005 AND ANY SUBSEQUENT MODIFICATION OR REPLACEMENT THEREOF.

ALL DETAILS ARE ABOUT to apply on delivery and throughout the charter.

| Deadweight all told (Metric Tons) | DWAT | TPC BASIS DRAFT | FULL DRAFT |
|---|---|---|---|
| Summer | 52347 | 12,022 | 55,5 |
| Winter | 50961 | 11,772 | 55,3 |
| Tropical | 53737 | 12,272 | 55,8 |
| Fresh | 52346 | 12,295 | 55,7 |
| Tropical Fresh | 53706 | 12,545 | 55,6 |

Grain / Bale capacity in holds [1] 12663,8 - 12418,6
excluding wing/ top side    [2] 14635,8 - 14204,8
tanks but including         [3] 13471,1 - 13043,9
hatchways (M3)              [4] 14532,1 - 13940,5
                           [5] 12453,5 - 11992,7
------------------------------------------------

**ADDITIONAL CLAUSES TO MV OCEAN CROWN / AMARANTE**
**CHARTER PARTY DATED 11TH JANUARY 2013**

Total Grain - Bale capacities     67756,3 – 65600,5

Net flat floor measurement of cargo holds at tank top in metres (about):
------------------------------------------------------------------

[1] F 8.40 X A23.52 X L28.20

[2] 23.52 X 29,20 (aft stool)

[3] 23.52 X 28.20
[4] 23,52 X 28.30 (fore stool)
[5] F23.52 X A10.05 X L28.60

Tank top strength (MT/M2):
--------------------------
Nos:1 & 5 =22
No :3    =25
Nos:2 & 4 =17

Hatch sizes (Metres):
---------------------
No:1=L20.4xW18.40, Nos:2,3,4,5=L21.25xW18.40

Permanent bunker capacities in M/T basis 100 per cent capacity:
-------------------------------------------------------------
IFO: 2386.9 M3
MDO:  183.9 M3

Maximum outreach of cranes at full load (at 20 degrees angle):
9,87 metres

ECO/REDUCED SPEED DATA:
-----------------------
Speed and consumption at Eco/reduced speed are about, are given
without guarantee and without prejudice to Owners rights:

AAA) LADEN CONDITION:
---------------------

| RPM | SPEED | TOTAL IFO CONSUMPTION (INCL. D/G) |
| --- | --- | --- |
| 105 | About 13,0 Kts | About 29,5 M/T plus about MDO=0,5 M/T |
| 102 | About 11,5 Kts | About 28,0 M/T plus about MDO=0,5 M/T |

BBB) BALLAST CONDITION:
-----------------------

| RPM | SPEED | TOTAL IFO CONSUMPTION (INCL. D/G) |
| --- | --- | --- |
| 105 | About 13,3 Kts | About 27,7 M/T plus about MDO=0,5 M/T |
| 102 | About 12,5 Kts | About 26,0 M/T plus about MDO=0,5 M |

**ADDITIONAL CLAUSES TO MV OCEAN CROWN / AMARANTE**
**CHARTER PARTY DATED 11TH JANUARY 2013**

LAST 3 CARGOES:
---------------
Steel products from China to Callao and Chile 3 disports.
Copper concentrates from Callao & Pta.Lobitos to Xiamen.
Coal from North Pulau Laut to Ishinomaki, Japan.

**Clause 45 : Double Banking**
Charterers have the right to load and/or discharge on double banking basis or by any other means available at loading and/or discharging port at a safe dock or wharf or anchorage where it is customary and safe for vessels of similar size and type to be so always subject to master's reasonable satisfaction. Any additional equipment/facilities such as fenders whenever considered necessary by the master are to be supplied by the charterers in their time and at their expenses. If at any time during the operation, the master reasonably considers it unsafe to continue due to adverse weather conditions etc., he may order the other vessel(s) and/or barge(s) away from his vessel or remove his own vessel in order to avoid prejudicing the safety of the vessel(s). Any additional insurance premium net of all rebates, if required by vessel's underwriters to be for charterer's account. Amount not to be exceed the premium calculated on the basis of a advisory rate quoted by the Chairman of Breach of Warranty committee on the London market.

**Clause 46 : Deleted**

**Clause 47 : Boycott**
Owners warrant that the vessel's crew is–and will be–during the period of this charter party employed under a bona fide union agreement, the standard of which is fully acceptable to the ITF and unions in all countries not excluded in this charter party.

In the event of the vessel being denied or restricted in the use of port and/or loading and/or discharging facilities or shore labour and/or tug or pilotages assistance or any other restriction, detention or any loss of time whatsoever due to boycott or arrest of the vessel or due to government restrictions, all cased by the vessel and/or by reason of the terms and conditions on which members of the crew are employed or by reason of any trading of this or any other vessel under same ownership or operation or control, the payment of hire shall cease for the time thereby lost and all ~~extra~~ direct expenses incurred due to above are to be for owners' account and may be deducted from hire. ~~Owners are also responsible for any claim that may be presented by third party.~~

**Clause 48 : In Lieu of Hold Cleaning / Intermediate Hold Cleaning**
In lieu of hold cleaning on redelivery: USD 5,000 lumpsum

**Clause 49 : Inspection (Superficial inspection only)**
Charterers and/or their supercargo(es) shall have free and unlimited access to the bridge and cargospaces. In the event on/off-hire surveyor requires access to bunker tanks, same is to be granted if accessible and allowed by local rules and regulations.
Charterers and/or their supercargo(es) and/or surveyor(s) shall have free access to the vessel's deck, engine and radio log books covering the duration of this charter, tank plans, calibration scales and/or other plans and/or all documents, logs and records on board the vessel as requested and are allowed to make and retain copies of the same provided not interfere  with vessel's normal operations always subject to owners approval.

**ADDITIONAL CLAUSES TO MV OCEAN CROWN / AMARANTE
CHARTER PARTY DATED 11TH JANUARY 2013**

**Clause 50 : Insurance**
Premium for annual war risk insurance on hull and machinery always to be for owner's account.
Any additional premium net of all rebates, in respect of these risk solely arising from the vessel
proceeding at the charterer's request to areas designated as excluded areas by vessel's war risks
underwriters to be for the charterer's account.

Crew war bonus including blocking and trapping for trading to the restricted areas payable by
Owners under the relevant crew contract always to be for charterers account. At no time is vessel
allowed to enter/trade/navigate via Gulf of Aden or call at any ports in the vicinity.

**Clause 51 : Deleted**

**Clause 52 :**
Forklift trucks/bulldozers/grabs/magnets etc. shall be allowed to be used in the holds if necessary,
provided always within the vessel's permissible load/strength at Master's discretion.

**Clause 53 : Deleted**

**Clause 54 : Notices**
Notice to be given on fixing and 5 days approximate 3/2/1 days definate as applicable provided
time permits. Owners are to give Charterers 5 days approximate notice and 3/2/1 days definite
notice of vessel's delivery and are to let Charterers know immediately of any change in vessel's
position.

**Clause 55 : Off-hire**
Should the vessel put back whilst on voyage by reason of an accident or breakdown, or in the
event of loss of time either in port or at sea or deviation upon the course of the voyage caused by
sickness of or accident to the crew or any person on board the vessel (other than passengers or
Supercargo traveling by request of the charterers) or by reason of the refusal of the Master or
crew to perform their duties, or by reason of salvage, if such period is more than 3 days, or oil
pollution even if alleged, or capture/seizure, or detention for which vessel/owners are responsible
or threatened detention by any authority/legal process the hire shall be suspended from the time
of inefficiency until the vessel is again efficient in the same or equidistant position in charterer's
option, and voyage resumed therefrom. All extra direct consequential expenses incurred including
bunkers consumed during period suspended hire shall be for owners' account.

**Clause 56 : Oil Pollution**
Owners guarantee warrant to provide and maintain, during the entire time charter period, at their
expense and carry on board the vessel a valid certificate of Financial Responsibility. Owners also
guarantee to have secured current certificates for other countries/federal states or municipal or
other division or authority thereof, where such certificates and/or guarantees are required. All
such certificates to be valid throughout the entire time charter period.

The charterers shall in no case be liable for any damages as a result of the owners' failure to
obtain the aforementioned certificates. Time lost by non-compliance to be considered as off-hire
and may be deducted from hire and owners hold charterers harmless against any consequential
losses, damages or expenses.

**Clause 57 : On/Off-Hire Survey**
ON AND OFF-HIRE SURVEYS SHALL BE HELD JOINTLY BETWEEN CHRTS AND OWS
BY ONE SINGLE SURVEYOR TO BE MUTUALLY AGREED OR    MASTER WILL
ATTEND ON OWS BEHALF. ON-HIRE  SURVEY TO BE HELD IN OWS TIME AT FIRST
LOADING PORT AND OFF-HIRE SURVEY TO BE HELD IN CHRTS TIME AT LAST
DISCHARGING  PORT BEFORE  REDELY, EXPENSES FOR ON/OFF-HIRE SURVEY TO
BE EQUALLY SHARED BETWEEN OWNS AND CHARTERERS

**ADDITIONAL CLAUSES TO MV OCEAN CROWN / AMARANTE
CHARTER PARTY DATED 11TH JANUARY 2013**

**Clause 58 : Panama/Suez Canal - Deleted**

**Clause 59 : Plan**
Owners to courier to the charterer's capacity plan, deadweight scale, and general arrangement plan immediately after fully fixed.

**Clause 60 : Power Clause**
Charterers have the right to fit grabs or other loading/discharging equipment customary to the trade onto the vessel's cranes subject the vessel's lifting capacity construction/master's discretion as per description including limitations for grab attachment. IF MECHANICAL GRABS ARE ATTACHED THEN THE TOTAL WEIGHT OF THE GRAB AND THE LIFTING CARGO SHALL BE REDUCED BY 20 PCT OF THE CRANES SWL.

Owners confirm : - VSL CAN PROVIDE POWER OF 3 PHASE ; 440 VOLTS ; 60 HERZ.

**Clause 61 : Protective Clause**
The New Jason Clause, Both-to-Blame Collision Clause, New Both-to-Blame Collision Clause to be read as per standard printing and not be influenced by any mistyping, the General Clause Paramount, US Clause Paramount, Canadian Clause Paramount, Chamber of Shipping War Risk Clause 1 and 2, P & I bunkering Clause, as applicable and attached are all to be considered incorporated into this charter party and all Bills of Lading issued under this charter party shall include all said clauses.
The USA/Canadian Clause Paramount as applicable or the Hague/Visby Rule as enacted in countries other than the USA or Canada as applicable to be incorporated in all Bills of Lading.

**Clause 62 : Sea Carriers Initiative Agreement – Deleted**

**Clause 63 : Vessel's Deadweight - Deleted**

**Clause 64 : Stevedore Damage**
Should any damage be caused to the vessel or her fittings by the charterers or their stevedores the master is to:

a) Give written notice (facsimile/telex/e-mail) to the charterers within 24 hours of full particulars of the damage caused and name of the party allegedly responsible for the damage.

b) Promptly but latest within 24 hours of the occurrence give written notice (facsimile/telex/e-mail) to the party allegedly responsible, giving full particulars of the damage and its alleged caused and try to obtain the written acknowledgment or liability from such party, or failing that endeavor to obtain the acknowledgment of receipt of such notice.
c) Immediately arrange, in conjunction with charterers' agents, for the damage to be surveyed and estimate of the repair costs given, which if caused by the stevedores/shippers/receivers then it will be responsibility of the charterers to rectify by repairing if affecting class of the vessel, same if affecting class of the vessel to be repaired at the same port at class satisfaction, the vessel remain on hire and if damages not affecting class a respective compensation, assessed by class inspector to be paid to owners for repairing on their own convenience, or in owner's option to be repaired before redelivery and vessel to remain on-hire. In case repairs of such damages are deferred till next drydocking such repairs to be effected on Owner's time but at Charterer's expense. However if time of repairs exceeds Owner's time then such excess time to be for Charterer's account.

Failing the aforementioned the charterers are not responsible for such damage and/or loss of time, except for hidden damage, which must be attended to, as per the above procedure immediately it is discovered but latest within 7 days from vessel's delivery.

**ADDITIONAL CLAUSES TO MV OCEAN CROWN / AMARANTE
CHARTER PARTY DATED 11TH  JANUARY 2013**

<u>Clause 65 : Taxes</u>
All taxes, dues and charges on the vessel and/or cargo and/or freight arising out of cargoes carried or port visited under this charter are to be for chrt's account.

<u>Clause 66 : Trading Exclusion</u>

Vessel is to load from NOPAC only and to Discharge in BANGLADESH AND/OR INDIA only. Vessel will also call CIS Pacific for bunkering.

<u>Clause 67 : Inmarsat Tracking System - Deleted</u>

<u>Clause 68 : Warranties</u>
Owners warrant that the vessel:
- Is not black listed by Arab countries nor anywhere else within the agreed trading limits.
- Has not traded Cambodia, Cuba, Israel and North Korea.
- Is eligible for bunkers in the United States of America, its territories and possessions, in accordance with directive from the United States Department of commerce, Office of International Trade.

<u>Clause 69 : Watertight Hatches</u>
OWNERS WARRANT THT VSLS HATCH COVERS ARE TO BE WATERTIGHT ALL THROUGHOUT THIS CHARTER PERIOD AND IF HATCH COVERS FOUND DEFECTIVE, SAME TO BE RECTIFIED AT OWNERS TIME AND EXPENSE TO CLASS /CHARTERERS SATISFACTION. CHTRS ALSO HAVE THE RIGHT TO CARRY HOSE TEST ON ALL HATCHES ANYTIME DURINT THE CHARTER PERIOD.

<u>Clause 70 : Weather Routing</u>

All speed and consumption figures are 'about' and based on good weather conditions not exceeding force 4B of the beaufort scale and douglas sea state 3 with no adverse current and no swell. It is agreed that all days where the weather exceeds B4 and/or douglas sea state 3 (including swell) are expressly excluded from calculations and no warranty applies to vessel's performance when conditions are exceeding above limits. The Charterers may supply an independent weather bureau, AMI and/or WNI to advise Master during voyage(s) specified by the Charterers and the Master shall comply with the reporting procedures of the weather bureau, however the final choice of selecting the safest route will be the Master's decision, providing it is justified.
Owners may also appoint their own independent weather routing service. Evidence of weather conditions shall be taken from the vessel's deck log and both independent weather routing companies reports. In the event of a consistent discrepancy between the deck logs and the Charterers appointed weather routing company report, both independent weather routing services and vessel's logs to be given equal consideration in a three-partite average for the purpose of determining the weather encountered. Any performance evaluation is to be carried out on completion of the whole voyage (SEPARETLY for ladden and for ballast legs) and upon receipt of all the log abstracts and the PECA reports of both parties' independent weather routing companies.

In case of underperformance, the value of bunkers possibly saved to be set off against the value of any time lost concluding to net financial losses or benefits.

<u>Clause 71 : Cement Hole – Deleted</u>

ADDITIONAL CLAUSES TO MV OCEAN CROWN / AMARANTE
CHARTER PARTY DATED 11TH JANUARY 2013

**Clause 72 :**
All negotiations and eventual fixture to be kept strictly private and confidential.

**Clause 73 : Hold Condition On Delivery**

Vessel on delivery to present with all holds fresh water washed, dry clean and free from rust and rust scales to relevant surveyor's satisfaction.

If vsl fails to pass any hold inspection/test as above, the vsl should be placed off-hire fm the rejection until the vessel passes the same inspection/test again. Owners not to be responsible for the cleanliness of the holds after the 1st load port.

Owners warrant tht vsls holds are clear of any fittings/supersturctures such as cardeck, curtain plates whatsoever.

**Clause 74 : Hire payment**
First 15 days charter hire to be paid within 3 banking days after vessel's delivery. On payment of hire, bank charges in Charterers bank to be for charterer's account, otherwise if charged by Owners bank then it to be for Owner's account.

Charterers not to deduct any hire towards owners expenses as owners have their own protective agents at all ports of call.

Hire to be paid to:

The Royal Bank of Scotland PLC
Shipping Business Center
5-10 Great Tower Street
London , EC3P 3HX
United Kingdom
Swift Code: RBOSGB2L
Account No: OCEASHP-USD1
IBAN: GB24 RBOS 1663 0000 4266 80
Beneficiary: Oceanprecius Shipping Ltd


**Clause 75 : Soft Loading Clause for Scrap – Deleted**

**Clause 76 : Bill of Lading - Deleted**

**Clause 77 : ISM**
From the date of coming into force of the International Safety Management (ISM) Code in relation to the vessel and thereafter during the currency of this charter party, the owners shall procure that both the vessel and "the company" (as defined by the ISM Code) shall comply with the requirements of the ISM Code. Upon request the owners shall provide a copy of the relevant Document of Compliance (DOC) and Safety Management Certificate (SMC) to the charterers. Any loss, damage, expense or delay caused by failure on the part of the owners or "the company" to comply with the ISM Code shall be for the owner's account.


**Clause 78 : Grab Operation – Deleted**

**Clause 79 : Deleted**

ADDITIONAL CLAUSES TO MV OCEAN CROWN / AMARANTE
CHARTER PARTY DATED 11TH JANUARY 2013

**Clause 80 : Hose Test Etc – Deleted**

**Clause 81 : Crane Drivers – Deleted**

**Clause 82 : Inspection (Superficial inspection only)**
The Charterers or their nominees have the right to inspect the vessel and its records/log books at any given time during the currency of this charter. Owners/crew are to fully cooperate during such inspection. Vessel to remain on hire during inspection ordered by charterers. Inspection not to interfere with any of vessel's normal operation always subject to owners approval.

**Clause 83 : Lay-up - Deleted**

**Clause 84 : War Cancellation**
In the event of war between/among P.R.C., Russia, U.S.A., Britain, Japan, Panama, Philippines, Singapore, Liberia and/or Denmark, which could affect the performance of this charter both the charterers and the owners have the option of canceling this charter party provided no cargo on board.

**Clause 85 : Vessel's and Master's Performance**
If the charterers have reason to be dissatisfied with the performance of the vessel provided in the charter party, The owners on receiving particulars of complaint(s) shall immediately investigate and take appropriate steps to correct the situation.

If the charterers have reason to be dissatisfied with the performance of the master. The owners on receiving particulars of complain(s) shall immediately investigate and take immediate appropriate steps to correct the situation.

**Clause 86: Deleted**

**Clause 87 : Off-hire related to Crane Break-Down**
With reference to Clause 15 and 23 in the event of a break down of a crane(s) by reason of disablement of insufficient power, the time lost to be calculated prorata to the numbers of cranes affected.

Should final completion of discharge be delayed when cargo is remaining in only one hold due to break down of crane(s) at those hatch(es), the vessel shall be off-hire for actual period of working time by which the discharging time has been extended. During the aforesaid breakdown of crane(s), owners have the option to engage shore cranes at their cost in which case vessel to remain always on hire or in charterers option charterers to arrange shore gears on ownrs time and cost with ows prior approval which is not be unreasonably with held in which case vessel to be remain on hire during working time of the arranged gear.

**OWNERS WARRANT VESSEL'S CRANES ARE SUITABLE FOR LOADING IRON ORE AS PER DESCRIPTION ONLY**

**Clause 88 : Regular Drydock – Deleted**

**Clause 89 :  Not Applicable**

**Clause 90 : Shorthaul Trade Clause - Deleted**

**Clause 91 : Grace Period Clause**

ADDITIONAL CLAUSES TO MV OCEAN CROWN / AMARANTE
CHARTER PARTY DATED 11TH JANUARY 2013

Notwithstanding anything contained herein to the contrary, if at any time during the currency of this charter hire shall become due on or during a Saturday, Sunday or a National Holiday, or outside normal office hours, or at any time which for reasons beyond their reasonable control prevents charterers from effecting payment of hire on the due date, payment of hire may be made on the next banking day immediately following the date on which hire becomes due.

Where there is any failure to make hire payment on the due date because of an oversight or negligence or error or omission of charterers' employees, bankers or agents or otherwise for any reason where there is absence of intention to fail to make payment as set out, charterers shall be given by owners 48 hours two banking day notice to rectify the failure, where so rectified the payment shall stand as a punctual and regular payment. Otherwise as per Clause 5 NYPE.

### Clause 92 : Payment Clause
First 15 days charter hire and value of bunkers on delivery to be paid within 3 banking days after vessel's delivery. Charterers are entitled to deduct prepaid bunkers from last sufficient charter hire.

### Clause 93 : Sub-Letting
Charterers may sub charter the vessel and have to remain responsible to the owners (refer line 16 of NYPE Form). The charterers to inform the owners the full style/address of sub charterers/their P&I Club/details of business etc. Any sub- chartering to be done on back to back basis and sub- charterers to be fully aware about the head charter party.

### Clause 94 : The New Jason Clause
In the event of accident, danger, damage or disaster before or after the commencement of the voyage, resulting from any cause whatsoever, whether due to negligence or not, for which, or for the consequence of which, the carrier is not responsible, by statute, contract or otherwise, the goods, shippers, consignees or owners of the goods shall contribute with the carrier in General Average to the payment of any sacrifices, losses or expenses of a general average nature that may be made or incurred and shall pay salvage and special charges incurred in respect of the goods.

If a salving ship is owned or operated by the carrier, salvage shall be paid for as fully as if the said salving ship or ships belonged to strangers. Such deposit as the carrier or his agents may deem sufficient to cover the estimated contribution of the goods and any salvage and special charges thereon shall, if required, be made by the goods, shippers, consignees or owners of the goods to the carrier before delivery. And charterers shall procure that all Bills of Lading issued under this charter party shall contain the same clause.

### Clause 95 : Both to Blame Collision Clause
If the liability for any collision in which the vessel is involved while performing this Bill of Lading fails to be determined in accordance with the Laws of the United States of America, the following clause shall apply:

"If the ship comes into collision with another ship as a result of the negligence of the other ship and any act, neglect or default of the Master, Mariner, Pilot or the servants of the carrier in the navigation or in the management of the ship, the owners of the goods carried hereunder will indemnify the carrier against all loss or liability to the other or non-carrying ship or her owners in so far as such loss or liability represents loss of, or damage to, or any claim whatsoever of the owners of said goods, paid or payable by the other or non-carrying ship or her owners to the owners of said goods and set-off, recouped or recovered by the other or non-carrying ship or her owners as part of their claim against the carrying ship or carrier. "

ADDITIONAL CLAUSES TO MV OCEAN CROWN / AMARANTE
CHARTER PARTY DATED 11TH JANUARY 2013

The foregoing provisions shall also apply where the owners, operators or those in charge of any ship or ships or objects other than, or in addition to, the colliding ships, or objects are at fault in respect of a collision or contact.

And the charterers shall procure that all Bills of Lading issued under this charter party shall contain the same clause.

**Clause 96 : BIMCO ISPS Clause for Time Charter Parties:**
(a) (i) From the date of coming into force of the International Code for the Security of Ships and of Port Facilities and the relevant amendments to Chapter XI of SOLAS (ISPS Code) in relation to the vessel and thereafter during the currency of this charter party, the owners shall procure that both the vessel and "the company" (as defined by the ISPS Code) shall comply with the requirements of the ISPS Code relating to the vessel and "the company". Upon request the owners shall provide a copy of the relevant International Ship Security Certificate (or the Interim International Ship Security Certificate) to the charterers. The owners shall provide the charterers with the full style contact details of the Company Security Officer (CSO).

(ii) Except as otherwise provided in this Charter Party, loss, damage, expense or delay, excluding consequential loss, caused by failure on the part of the owners or "the company" to comply with the requirements of the ISPS Code or this clause shall be for the owners' account.

(b) (i) The Charterers shall provide the CSO and the Ship Security Officer (SSO)/Master with their full style contact details and, where sub-letting is permitted under the terms of this charter party, shall ensure that the contact details of all sub-charterers are likewise provided to the CSO and the SSO/Master. Furthermore, the charterers shall ensure that all sub-charter parties they enter into during the period of this charter party contain the following provision:

"The charterers shall provide the owners with their full style contact details and, where sub-letting is permitted under the terms of the charter party shall ensure that the contact details of all sub-charterers are likewise provided to the owners".

(ii) Except as otherwise provided in this charter party, loss, damage, expense or delay, excluding consequential loss, caused by failure on the part of the charterers to comply with this clause shall be for the charterers' account.

(c) Notwithstanding anything else contained in this charter party all delay, costs or expenses whatsoever arising out of or related to security regulations or measures required by the port facility or any relevant authority in accordance with the ISPS Code including, but not limited to, security guards, launch services, tug escorts, port security fees or taxes and inspections, shall be for the charterers' account, unless such costs or expenses result solely from the owners' negligence. All measures required by the owners to comply with the Ship Security Plan shall be for the owners' account.

(d) If either party makes any payment which is for the other party's account according to this clause, the other party shall indemnify the paying party. U.S. Customs Advance Notification/AMS clause for Time Charter Parties.
(a) If the vessel loads or carries cargo destined for the US or passing through US ports in transit, the charterers shall comply with the current U.S Customs regulations (19 CFR 4.7) or any subsequent amendments thereto and shall undertake the role of carrier for the purposes of such regulations and shall, in their own name, time and expense:

i) Have in place a SCAC (Standard Carrier Alpha Code);

ii) Have in place an ICB (International Carrier Bond);

**ADDITIONAL CLAUSES TO MV OCEAN CROWN / AMARANTE**
**CHARTER PARTY DATED 11TH JANUARY 2013**

iii) Provide the owners with a timely confirmation of i) and ii) above; and

iv) Submit a cargo declaration by AMS (Automated Manifest System) to the U.S Customs and provide the owners at the same time with a copy thereof.

(a) Should such failure result in any delay then, notwithstanding any provision in this charter party to the contrary, the vessel shall remain on hire.

(b) The Charterers assume liability for and shall indemnify, defend and hold harmless the owners against any loss and/or damage whatsoever (including consequential loss and/or damage) and/or any expenses, fines, penalties and all other claims of whatsoever nature, including but not limited to legal costs, arising from the charterers' failure to comply with any of the provisions of sub-clause:

(c) If the charterers' ICB is used to meet any penalties, duties, taxes or other charges which are solely the responsibility of the owners, the owners shall promptly reimburse the charterers for those amounts.

(d) The assumption of the role of carrier by the charterers pursuant to this Clause and for the purpose of the US Customs Regulations (19 CFR 4.7) shall be without prejudice to the identity of carrier under any bill of lading, other contract, law or regulation.

**Clause 97 :**
OWNERS WARRANT THAT VESSEL IS NOT BLACK-LISTED BY ANY ARAB LEAGUE COUNTRIES NOR US/CANADIAN LONGSHOREMEN'S UNION.

**Clause 98 :**
OWS GUARANTEE THAT VALID ITF or equivalent AGREEMENT FOR THE VSL COVERG ANY PORT OR PLACE IS AVAILABLE ON BOARD FOR THE WHOLE PERIOD OF THIS C/P.

**THE OWNERS:**             **THE CHARTERERS:**

```
>----- Original Message -----

>From:"M&F CHARTERING"<mnfchart@otenet.gr>
>To  :ops@oceanfleet.gr;
>Sent: Fri, 11 Jan 2013 17:45:00 +0200
>Subj: OCEAN CROWN / PHAETHON -
 CLEAN RECAP (REF:1300TS100) (REF:1300TV200)

TELiX MSG: 00TV2-00 11/01/13 17:45


M&F CHARTERING S.A.
Email: mnfchart@otenet.gr - Tel: (+30)210-4527500
================================================


CPT GEORGE / VALANTIS

GD DAY

OCEAN CROWN / PHAETHON CP 11/12/13
===

PLS FIND BELOW CLEAN RECAP AS FOLL

M/V OCEAN CROWN
EX NIKOLAS
DWT: 52347 M/T ON 12.0 M SUMMER S.W. DRAFT
FLAG: CYPRUS
BUILT: 2005 JAPAN/TSUNEISHI
LOA/BEAM/DEPTH: 190,0/32,26/17,0 M
CALL SIGN: C4TZ2
IMO NUMBER: 9317107
GRT/NRT: 30057/18207
CLASS: NKK
P&I CLUB: WEST OF ENGLAND
CRANES: 4X30
GRABS FITTED: 4 GRABS OF 12 M3 EACH
5H/5H
TELEX "C" : 421290910
PHONES: +870 783983838(Bridge) +870 773208244(Master's office)
E-mail address: <C4TZ2@globeemail.com>

SPEED AND CONSUMPTION:
----------------------
ALL FIGURES STATED BELOW FOR SPEED AND CONSUMPTION ARE "ABOUT"
 BASIS
OPTIMUM TRIM AND CLEAN UNDERWATER HULL, SUBJECT TO GOOD WEATHE
R
```

CONDITIONS UP TO AND INCLUDING BEAUFORT FORCE 4 AND DOUGLAS SE
A STATE 3 (WAVE
HEIGHT 1,25m) AND WITH NO ADVERSE CURRENTS AND NO NEGATIVE INF
LUENCE OF SWELL
(SWELL HEIGHT 2m WHICH TO BE CALCULATED SEPARATELY AND NOT COM
BINED WITH THE
SEA STATE) AND NO WARRANTY APPLIES TO CONDITIONS EXCEEDING BFF
4 AND/OR DSS3 AS
STATED ABOVE.

FOR THE PURPOSES OF CALCULATING VESSEL'S PERFORMANCE UNDER THI
S CHARTER PARTY
IT IS AGREED THAT ALL DAYS WHERE THE WEATHER EXCEEDS BEAUFORT
FORCE 4 AND/OR
DOUGLAS SEA STATE 3 AS DESCRIBED ABOVE, ARE EXPRESSLY EXCLUDED
 FROM
CALCULATIONS.


LADEN    : ABT 13,5 KNOTS ON ABT 31,0 M/T IFO + ABT 0,5 M/T MD
O
BALLAST  : ABT 14,0 KNOTS ON ABT 31,0 M/T IFO + ABT 0,5 M/T MD
O

IN PORT IDLE: ABT 2,2 M/T IFO + ABT 1,5 M/T MDO
GEAR WORKING: ABT 5,0 M/T IFO + ABT 1,5 M/T MDO

THERE MAY BE SOME QUANTITY OF MDO REQUIRED FOR BOILER PREHEATI
NG AND THE
INCINERATOR.

THE VESSEL CONSUMES MDO FOR CHANGING BALLAST WATER AT SEA, BAL
LASTING,
DEBALLASTING, CLEANING VESSEL'S HOLDS, WHEN NAVIGATING IN FOG,
NAVIGATING IN CONFINED WATERS, ESTUARIES, RIVERS, CHANNELS, IN
/OUT
PORTS, SHIFTING BERTH, ANCHORING, WHEN BURNING SLUDGE IN THE
INCINERATOR, MAIN ENGINE START/STOP AND WARMING UP OF THE SYST
EM, BOILER FIRE
IGNITION ETC.

CHARTERERS HAVE THE RIGHT TO USE MECHANICAL GRABS ATTACHED TO
SHIP'S
CRANES BUT TOTAL WEIGHT OF THE GRABS, GEAR AND ACCESSORIES AND
 THE CARGO LIFTED
WILL NOT EXCEED THE 80 PER CENT OF CRANES S.W.L. I.E. 23,7 M/T
 AS PER MAKERS
INSTRUCTIONS.

CHARTERERS TO HAVE THE FREE USE OF SHIP'S GRABS HOWEVER OWNERS
 WILL NOT BE HELD

RESPONSIBLE FOR THE GOOD OPERATION, MAINTENANCE AND/OR
MALFUNCTION OF THESE GRABS. IN CASE OF MALFUNCTIONING OF SHIP'
S GRABS
CHARTERERS MAY HIRE SHORE GRABS AT THEIR TIME AND EXPENSE WITH
OUT ANY
RESPONSIBILITY TO THE OWNERS.

BUNKERS SPECIFICATIONS:
-----------------------
IFO: RMG380, RMG35 SPECIFICATIONS COMPLYING TO INTERNATIONAL S
TANDARDS WITH ISO
8217:2005 AND ANY SUBSEQUENT MODIFICATION OR REPLACEMENT THERE
OF, CATFINES DO
NOT EXCEED THE 30 PER CENT.
MDO: DMB SPECIFICATIONS COMPLYING TO INTERNATIONAL STANDARDS W
ITH ISO
8217:2005 AND ANY SUBSEQUENT MODIFICATION OR REPLACEMENT THERE
OF.

ALL DETAILS ARE ABOUT to apply on delivery and throughout the
charter.


| Deadweight all told (Metric Tons) | DWAT | DRAFT | TPC BASIS FULL DRAFT |
|---|---|---|---|
| Summer | 52347 | 12,022 | 55,5 |
| Winter | 50961 | 11,772 | 55,3 |
| Tropical | 53737 | 12,272 | 55,8 |
| Fresh | 52346 | 12,295 | 55,7 |
| Tropical Fresh | 53706 | 12,545 | 55,6 |


Grain / Bale capacity in holds [1] 12663,8  -  12418,6
excluding wing/ top side      [2] 14635,8  -  14204,8
tanks but including           [3] 13471,1  -  13043,9
hatchways (M3)                [4] 14532,1  -  13940,5
                              [5] 12453,5  -  11992,7
------------------------------------------------------
Total Grain - Bale capacities      67756,3  -  65600,5

Net flat floor measurement of cargo holds at tank top in metre
s (about):
-----------------------------------------------------------------
---

 [1] F 8.40 X A23.52 X L28.20

 [2]  23.52 X 29,20 (aft stool)

 [3]  23.52 X 28.20

```
 [4]  23,52 X 28.30 (fore stool)
 [5] F23.52 X A10.05 X L28.60
```

Tank top strength (MT/M2):
--------------------------
```
Nos:1 & 5 =22
No :3     =25
Nos:2 & 4 =17
```

Hatch sizes (Metres):
---------------------
No:1=L20.4xW18.40, Nos:2,3,4,5=L21.25xW18.40

Permanent bunker capacities in M/T basis 100 per cent capacity
:
----------------------------------------------------------------
-
```
IFO: 2386.9 M3
MDO:  183.9 M3
```

Maximum outreach of cranes at full load (at 20 degrees angle):
9,87 metres

ECO/REDUCED SPEED DATA:
-----------------------
Speed and consumption at Eco/reduced speed are about, are give
n
without guarantee and without prejudice to Owners rights:

AAA) LADEN CONDITION:
---------------------

```
                          TOTAL IFO CONSUMPTION
RPM     SPEED                 (INCL. D/G)
================================================================
==
105     About 13,0 Kts    About 29,5 M/T plus about MDO=0,5 M
/T
102     About 11,5 Kts    About 28,0 M/T plus about MDO=0,5 M
/T
```

BBB) BALLAST CONDITION:
-----------------------

```
                          TOTAL IFO CONSUMPTION
RPM     SPEED                 (INCL. D/G)
================================================================
==
105     About 13,3 Kts    About 27,7 M/T plus about MDO=0,5 M
/T
102     About 12,5 Kts    About 26,0 M/T plus about MDO=0,5 M
```

```
LAST 3 CARGOES:
---------------
Steel products from China to Callao and Chile 3 disports.
Copper concentrates from Callao & Pta.Lobitos to Xiamen.
Coal from North Pulau Laut to Ishinomaki, Japan.


for


- acc phaethon int co s.a.

 -
 for 1 tct via sps sbs sas aa awiwl VIA NOPAC TO FULL INDIA AN
D BDESH

- DUR ABT 65/70 DAYS WOG

- cgo int grains

- dely dlosp ISHINOMAKI  atdnshinc

- redely full india rge pico atdnshinc.

- hire usd 7100 pdpr inclot

- l/c - 12/15 JAN

- ilohc usd 5000 lsum

- c/e/v usd 1500 pmpr

 -
 in case original bs/l not available at d/port owns to allow d
ischarge/
 delivery of the cgo agst fax copy of loi in owns standard wo
rding signed
 by chrts only;

 -
 vsl on delivery to present with all holds fw washed, dry clea
n and
 free from rust and rustscales to relevant surveyors satisfac
tion

- negos and fixture to be kept strictly p+c

- ar/ga ldn, english law to apply

- BUNKERS: B.O.D About IFO=730 & about MDO=40 M/T
```

            B.O.R. abt The same as on delivery - abt means 5% -
/+
            LS ifo nil and MDO nil

cis call for bunkering allowed

_
 VSL HAS NO LS BUNKERS ON BOARD AND CHRTRS TO ARRANGE SAME AT
THEIR TIME/COST
AND EXPENSE AND OWS WILL NOT BE HELD RESPONSIBLE FOR ANY DELAY
 AND/OR LOSSES/
DAMAGES OR ANY OTHER CONCEQUENSAL ISSUES AS A RESULT OF THE AB
V.

-IF WCI RDLY, EWRIP/K+R/LOH/CWB ON CHRTRS AT COST -
 AGAINST ORIGINAL
 VOUCHERS max 25k

-POLLING: NO POLLING ALLOWED.

-3.75 pct addcom + 1.25 to mnf


OTHERWISE AS PER M/V ''OCEAN TRADER'' C/P DD 3/12/2009 WITH LO
GICAL
ALTERATIONS/AMMENDMENTS TO COMPLY WITH MAIN TERMS AND DETAILS
AGREED
PLUS FOLLOWING ALTERATIONS:


CL. 19 LINE 125 AFTER "CHARTER HIRE" PLS ADD "BUNKERS"

CL. 70

AFTER  "THE  CHARTERERS MAY SUPPLY AN INDEPENDENT WEATHER BURE
AU.. " PLS
ADV "AMI (AEROSPACE AND MARINE) AND WNI"

PARA 1, LAST 3 LINES TO BE AMENDED AS FOLL:
"Any performance evaluation is to be carried out on completion
 of the whole
voyage (SEPERATLY for ladden and for ballast legs) and upon re
ceipt of all the
log abstracts and the PECA reports of both parties' independen
t weather routing
companies."

end

PLS CONFIRM ABV IS IN LINE WITH YR NOTES

THKS VM FOR YR EFFORTS LEADING TO THIS FIXTURE

Brgds/Valantis
Dir Line: +30 210 4527516


>----- Original Message End -----